UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 23-CR-60208-MARTINEZ

UNITED STATES OF AMERICA

v.

MARKENSON VALCIN,

*Defendant.*
_____/

## ORDER ADOPTING MAGISTRATE JUDGE VALLE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to United States Magistrate Judge Alicia O. Valle, and accordingly, a Report and Recommendation, (ECF No. 45), was filed on November 13, 2024, finding that Mr. Valcin's case (Voucher No. 113C.1669470) is neither "extended" nor "complex," and **RECOMMENDING** that Attorney Wylie be paid the statutory cap of **$13,400.00** for his work performed between December 8, 2023 and August 15, 2024. Mr. Valcin's attorney, John W. Wylie, objected, (ECF No. 46), stating that the case was "complex" and "extended." Attorney Wylie stated that he would "provide specific case-related information under seal" that would explain how and why the case was complex and extended. (ECF No. 46 at 1). However, the time for Attorney Wylie to do so has passed, and he has not done so. The Court, having conducted a *de novo* review of the record agrees with Magistrate Judge Valle that an award of the statutory maximum amount of $13,400 is appropriate. The Court **OVERRULES** Attorney Wylie's Objections, (ECF No. 46).

Accordingly, after careful consideration, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge Alicia O. Valle's

Report and Recommendation, (ECF No. 45), is **AFFIRMED AND ADOPTED** in its entirety.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 13 day of December, 2024.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Alicia O. Valle
John W. Wylie, CJA
CJA Administrator